1 JOHN E. BIRKENHEIER (*pro hac vice*)
Email: birkenheierj@sec.gov
2 KENT W. McALLISTER (*pro hac vice*)
Email: mcallisterk@sec.gov
3 JASON A. HOWARD (*pro hac vice*)
Email: howardja@sec.gov
4 Securities and Exchange Commission
175 W. Jackson, 9th Floor
5 Chicago, Illinois 60604
Telephone: (312) 353-7390
6 Facsimile: (312) 353-7398

7 LOCAL COUNSEL:
MICHAEL A. PIAZZA, Cal. Bar No. 235881
8 Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
9 Los Angeles, California 90036-3648
Telephone: (323) 965-3877
10 Facsimile: (323) 965-3908
Email: piazzam@sec.gov

12 COUNSEL FOR PLAINTIFF



# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV05-3697 PA (PJWx) |
| Plaintiff, | **SECURITIES AND EXCHANGE COMMISSION'S AND PTFS, LLC'S STIPULATION TO CONTINUE HEARING DATE ON MOTION TO STRIKE** |
| vs. | |
| GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP COMPANY, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC, | Current Hearing Date: October 24, 2005<br>Time: 1:30 p.m. PDT<br>Location: Courtroom 15<br><br>Proposed Hearing Date: December 19, 2005<br>Time: 1:30 p.m. PDT<br>Location: Courtroom 15 |
| Defendants. | |

## STIPULATION

Pursuant to Local Rules 7-1 and 7-11, Plaintiff Securities and Exchange Commission ("Commission") and Defendant PTFS, LLC ("PTFS") through their counsel, hereby stipulate and agree as follows:

1. On September 27, 2005, the Commission filed Plaintiff Securities and Exchange Commission's Motion to Strike the First and Fifth Affirmative Defenses of Defendant PTFS, LLC ("motion to strike") and noticed the hearing for October 24, 2005.

2. On October 10, 2005, PTFS filed its opposition.

3. On October 12, 2005, the staff of the Commission and PTFS participated in a settlement conference with a private mediator, the Honorable Lourdes G. Baird (Ret.). As a result of the mediation, there is an agreement in principle to settle the Commission's claims against PTFS on terms that will completely dispose of the case against PTFS.

4. As a result, the parties agree that the hearing on the motion to strike should be continued so that the proposed settlement may be presented to the Commission for its consideration.

5. Based on the above, the Commission and PTFS respectfully request that the Court continue the hearing date for the Commission's motion to strike from

October 24, 2005 to December 19, 2005 at 1:30 p.m. and to order that the Commission's reply papers, if any, shall be filed no later than December 12, 2005.

## ORDER

For good cause shown, the hearing date for the Commission's motion to strike is continued to December 19, 2005 at 1:30 p.m., and the Commission's reply papers, if any, shall be filed no later than December 12, 2005.

IT IS SO ORDERED.

DATED: October 17, 2005

Percy Anderson
United States District Court Judge
Central District of California

SO AGREED AND STIPULATED:

Dated: October 13, 2005

John E. Birkenheier (*pro hac vice*)
Kent W. McAllister (*pro hac vice*)
Jason A. Howard (*pro hac vice*)

Local Counsel:
Michael A. Piazza
(Cal. Bar No. 235881)

Attorneys for Plaintiff United States
Securities and Exchange Commission

Dated: October 13, 2005

Andrew T. Solomon

Local Counsel:
Dick A. Semerdjian
(Cal. Bar No. 123630)
Spencer C. Skeen
(Cal. Bar No. 182216)

Attorneys for Defendant PTFS, LLC

- 3 -

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Cook, State of Illinois, in which county the within-mentioned mailing occurred. My business address is 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing.

On October 13, 2005, I served the following document :

. Securities and Exchange Commission's and PTFS, LLC's Stipulation To Continue Hearing Date On Motion To Strike

by placing a true and correct copy in a Federal Express envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

George A. Todt
23741 Harbor Vista Drive
Malibu, CA 90265

Sutra Management Corporation
17383 Sunset Boulevard, Suite B-280
Pacific Palisades, CA 90272

Sutra Group, LLC
23741 Harbor Vista Drive
Malibu, CA 90265

PageOne Business Productions, LLC
23741 Harbor Vista Drive
Malibu, CA 90265

Jeffrey H. Evans
c/o Brent R. Baker
Woodbury & Kesler, PC
265 E 100 S., Suite 300
Salt Lake City, UT 84111

Jetco, LLC
c/o Brent R. Baker
Woodbury & Kesler, PC
265 E 100 S., Suite 300
Salt Lake City, UT 84111

Ray J. Slaback
26778 Highway 61
Dakota, MN 55925

Tempo Financial, Inc.
c/o Delaware Corporations, LLC
800 Delaware Avenue
Wilmington, DE 19801

STB Chip Company
c/o Delaware Corporations, LLC
800 Delaware Avenue
Wilmington, DE 19801

Lonisson Communications Corp.
17383 Sunset Boulevard, Suite B-280
Pacific Palisades, CA 90272

SutraTel Kiosk Corporation
17383 Sunset Boulevard, Suite B-280
Pacific Palisades, CA 90272

PTFS, LLC
c/o Andrew T. Solomon, Esq.
Sullivan & Worcester, LLP
1290 Avenue of the Americas
New York, NY 10104

1 | I then sealed the envelope, affixed a Federal Express label and deposited it
2 | for collection and mailing via the Federal Express Corporation today in
3 | accordance with the ordinary business practices of the Commission at the
  | Commission's address previously set forth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2005, in Chicago, Illinois.

Kent W. McAllister