1 | JOHN E. BIRKENHEIER (*pro hac vice*)
Email: birkenheierj@sec.gov
2 | KENT W. McALLISTER (*pro hac vice*)
Email: mcallisterk@sec.gov
3 | JASON A. HOWARD (*pro hac vice*)
Email: howardja@sec.gov
4 | Securities and Exchange Commission
175 W. Jackson, 9th Floor
5 | Chicago, Illinois 60604
Telephone: (312) 353-7390
6 | Facsimile: (312) 353-7398

7 | LOCAL COUNSEL:
MICHAEL A. PIAZZA, Cal. Bar No. 235881
8 | Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
9 | Los Angeles, California 90036-3648
Telephone: (323) 965-3877
10 | Facsimile: (323) 965-3908
Email: piazzam@sec.gov
11 |
12 | COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV05-3697 PA (PJWx) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORPORATION, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC, | **LIFTING THE ASSET FREEZE AGAINST DEFENDANT RAY J. SLABACK** |
| Defendants. | |




## STIPULATION

Pursuant to the Final Judgment As To Defendant Ray J. Slaback, entered on February 8, 2006 (SLaback Judgment), and Local Civil Rule 7-1, Plaintiff Securities and Exchange Commission (Commission) and Defendant Ray J. Slaback (Slaback), through their counsel, hereby stipulate and agree as follows:

1. On June 8, 2005, as part of the preliminary injunction, the Court continued a previously imposed asset freeze against, among others, Slaback. See Preliminary Injunction (Doc. #31).

2. On August 29, 2005, the Court referred the parties to mediation for a Local Civil Rule 16-14 Settlement Conference. See Civil Minutes of August 29, 2005 (Doc. #61).

3. On October 13, 2005, the staff of the Commission and Slaback participated in a settlement conference with a private mediator, the Honorable Lourdes G. Baird (Ret.). As a result, Slaback made an offer of settlement, which the Commission accepted.

4. Slaback's offer of settlement contained a provision stating that, once he made an initial payment of $75,000 toward the agreed settlement amount, the parties would agree to the entry of an order lifting the asset freeze against Slaback.

5. On February 8, 2006, the Court entered the Slaback Judgment, which ordered the Commission and Slaback to present to the Court for its consideration within ten (10) days of Slaback's initial payment a stipulation and order lifting the asset freeze against Slaback. See Final Judgment As To Defendant Ray J. Slaback (Doc. #109).

6. On February 15, 2006, Slaback paid $75,000 to the Clerk of the Court.

7. On February 21, 2006, as required by the Slaback Judgment, Slaback formally notified the Commission that the initial payment was made by providing counsel for the Commission with a letter stating that Slaback made his initial payment to the Clerk of the Court. See Exhibit 1, attached hereto.

8. Based on the above, the Commission and Slaback respectfully request that the Court enter the order as requested herein.

## ORDER

For good cause shown, the asset freeze previously imposed by the Court against Defendant Ray J. Slaback is hereby lifted.

IT IS SO ORDERED.

Dated: *March 14*, 2006

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

SO AGREED AND STIPULATED:

Dated: March 7, 2006

John E. Birkenheier (*pro hac vice*)
Kent W. McAllister (*pro hac vice*)
Jason A. Howard (*pro hac vice*)

Local Counsel:
Michael A. Piazza
  (Cal. Bar No. 235881)

Attorneys for Plaintiff United States
Securities and Exchange Commission

Dated: March 7, 2006

Brent R. Baker
Woodbury & Kesler, PC

Local Counsel:
Karl N. Haws
  (Cal. Bar No. 121638)
Attorneys for Defendant Ray J. Slaback

-3-

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Cook, State of Illinois, in which county the within-mentioned mailing occurred. My business address is 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing.

On March 8, 2006, I served the following document(s):

- STIPULATION AND ORDER LIFTING THE ASSET FREEZE AGAINST DEFENDANT RAY J. SLABACK

by placing a true and correct copy in an envelope for mailing via the United States Postal Service for each addressee named hereafter, addressed to each such addressee respectively as follows:

**Ray J. Slaback**
c/o Brent R. Baker
Woodbury & Kesler, PC
265 E 100 S., Suite 300
Salt Lake City, UT 84111

I then sealed the envelope and deposited the envelope for collection and mailing via the United States Postal Service today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth. In addition, I placed a true and correct copy of the above documents in a Federal Express envelope, affixed a Federal Express label for the addressee named above (addressed to the addressee as described above) and deposited it for collection and mailing via the Federal Express Corporation today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2006, in Chicago, Illinois.

Norma J. Russell

-1-

SCANNED

## WOODBURY & KESLER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

FEB 23 2006

MIDWEST REGIONAL OFFICE

**BRENT R. BAKER**
\*\*\*\*\*\*
LICENSED IN UTAH

bbaker@woodburykesler.com

www.woodburykesler.com

February 21, 2006

*Via Facsimile & U.S. Mail*
Jason A. Howard
SECURITIES AND EXCHANGE COMMISSION
Midwest Regional Office, Suite 900
175 West Jackson Boulevard
Chicago, IL 60604

      Re:    SEC v. George A. Todt, et al.; CV 05-3697 PA (EJWx)

Jason:

      Pursuant to the judgment signed by the Honorable Percy Anderson on February 7, 2006, Ray J. Slaback sent to the Clerk of the Court a check for $75,000.00 addressed to U.S. District Court, Central District of California, Western Division, 312 N. Spring Street, Los Angeles, CA 90012, on February 15, 2006.

      Please contact me if you have any questions.

                              Sincerely,

                              **WOODBURY & KESLER, P.C.**

                              Brent R. Baker
                              Attorney at Law

BRB/rar

Exhibit __1__ Page __5__