1  JOHN E. BIRKENHEIER (*pro hac vice*)
   Email: birkenheierj@sec.gov
2  KENT W. McALLISTER (*pro hac vice*)
   Email: mcallisterk@sec.gov
3  JASON A. HOWARD (*pro hac vice*)
   Email: howardja@sec.gov
4  Securities and Exchange Commission
   175 W. Jackson, 9th Floor
5  Chicago, Illinois 60604
   Telephone: (312) 353-7390
6  Facsimile: (312) 353-7398

7  LOCAL COUNSEL:
   MICHAEL A. PIAZZA, Cal. Bar No. 235881
8  Securities and Exchange Commission
   5670 Wilshire Boulevard, 11th Floor
9  Los Angeles, California 90036-3648
   Telephone: (323) 965-3877
10 Facsimile: (323) 965-3908
   Email: piazzam@sec.gov
11
12 COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 05-3697 PA (PJWx) |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER REQUIRING DEFENDANT GEORGE A. TODT TO PRODUCE DOCUMENTS |
| GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORPORATION, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC, | |
| Defendants. | |

## STIPULATION

Pursuant to Local Civil Rule 7-1, Plaintiff Securities and Exchange Commission (Commission) and Defendant George A. Todt (Todt), through their counsel, hereby stipulate and agree as follows:

1. On May 18, 2005, the Commission filed its Complaint against, inter alia, Todt. The Complaint alleged two fraudulent schemes perpetrated by Todt and other defendants.

2. Neither Todt nor any attorney acting on his behalf answered or otherwise defended against the allegations in the Complaint.

3. On November 18, 2005, the Court entered a final Judgment by default against, inter alia, Todt. The Court's final Judgment ordered Todt to pay, jointly and severally, $1,207,398.02 in disgorgement and a $130,000 civil penalty.

4. On January 19, 2006, the Commission, pursuant to Federal Rule of Civil Procedure 34, served Todt with a request for the production of documents. Todt's response was due on February 21, 2006. See FED. R. CIV. P. 34(b). As of February 28, 2006, Todt had not responded to the Commission's request.

5. On February 28, 2006, the Commission, pursuant to Local Rule 37-1, sent Todt a letter requesting a pre-filing conference in an attempt to alleviate the need to file a motion to compel him to respond to the Commission's request for production. Todt did not respond to the letter.

6. On March 8, 2006, the Commission filed a motion to compel Todt to respond to the Commission's request for production. A hearing on the Commission's motion is scheduled for April 6, 2006.

7. On March 28, 2006, the Commission received a call from Marc A. Lieberman, Esq. Mr. Lieberman informed the Commission that he had been retained to represent Todt in this matter and that Todt would respond to the Commission's requests for production by 3:00 p.m. PDT on April 14, 2006.

//

-2-

8. Based on the above, the Commission and Todt respectfully request that the Court enter the order as requested herein.

### ORDER

For good cause shown, Defendant George A. Todt is ordered to produce to the Commission, no later than 3:00 p.m. PDT on April 14, 2006, all documents requested in Plaintiff's First Set of Requests for Production to George A. Todt.

IT IS SO ORDERED.

Dated: 4/5/06

_____
Patrick J. Walsh
UNITED STATES MAGISTRATE JUDGE

SO AGREED AND STIPULATED:

Dated: April 3, 2006

_____
John E. Birkenheier (*pro hac vice*)
Kent W. McAllister (*pro hac vice*)
Jason A. Howard (*pro hac vice*)

Local Counsel:
Michael A. Piazza
 (Cal. Bar No. 235881)

Attorneys for Plaintiff United States
Securities and Exchange Commission

Dated: April 3, 2006

_____
Marc A. Lieberman
Fredman Lieberman, LLP
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
E-mail: ml@fredmanlieberman.com

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Cook, State of Illinois, in which county the within-mentioned mailing occurred. My business address is 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing.

On April 3, 2006, I served the following document(s):

- STIPULATION AND ORDER REQUIRING DEFENDANT GEORGE A. TODT TO PRODUCE DOCUMENTS

by placing a true and correct copy in an envelope for mailing via the United States Postal Service for each addressee named hereafter, addressed to each such addressee respectively as follows:

**George A. Todt**
23741 Harbor Vista Drive
Malibu, CA 90265

**Marc A. Lieberman**
Fredman Lieberman, LLP
1875 Centruy Park East, Suite 2200
Los Angeles, CA 90067

I then sealed the envelope and deposited the envelope for collection and mailing via the United States Postal Service today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth. In addition, I placed a true and correct copy of the above documents in a Federal Express envelope, affixed a Federal Express label for the addressees named above (addressed to the addressees as described above) and deposited it for collection and mailing via the Federal Express Corporation today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2006, in Chicago, Illinois.

_Norma J. Russell_
Norma J. Russell

-1-