JOHN E. BIRKENHEIER (*pro hac vice*)
Email: birkenheierj@sec.gov
KENT W. McALLISTER (*pro hac vice*)
Email: mcallisterk@sec.gov
JASON A. HOWARD (*pro hac vice*)
Email: howardja@sec.gov
Securities and Exchange Commission
175 W. Jackson, 9th Floor
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL:
MICHAEL A. PIAZZA, Cal. Bar No. 235881
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3877
Facsimile: (323) 965-3908
Email: piazzam@sec.gov

COUNSEL FOR PLAINTIFF



# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORPORATION, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC,<br><br>Defendants. | Case No. CV05-3697 PA (PJWx)<br><br>[~~PROPOSED~~]<br><br>ORDER APPOINTING A<br>TAX ADMINISTRATOR<br><br>Hearing Date: April 10, 2006<br>Time: 1:30 p.m. PDT<br>Location: Courtroom 15 |



Before the undersigned Court is Plaintiff Securities and Exchange Commission's motion to appoint Damasco & Associates as Tax Administrator. The Court, having considered Plaintiff's Motion and supporting documentation, and being fully advised in the premises:

**IT IS HEREBY ORDERED** that Damasco & Associates is appointed as Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case.

**IT IS FURTHER ORDERED** that Damasco & Associates shall be designated the administrator of the Distribution Fund, pursuant to section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, and shall satisfy the administrative requirements imposed by those regulations, including but not limited to (a) obtaining a taxpayer identification number, (b) filing applicable federal, state, and local tax returns and paying taxes reported thereon out of the Distribution Fund, and (c) satisfying any information, reporting, or withholding requirements imposed on distributions from the Distribution Fund. The Tax Administrator shall contemporaneously provide copies of all such filings to the Commission's counsel of record.

**IT IS FURTHER ORDERED** that the Tax Administrator shall, at such times as the Tax Administrator deems necessary to fulfill the tax obligations of the Distribution Fund, request that the Commission's counsel of record file with the Court a motion, supported by the Tax Administrator's declaration of the amount of taxes due, to transfer funds from the Distribution Fund on deposit with the Court to pay any tax obligations of the Distribution Fund.

**IT IS FURTHER ORDERED** that the Tax Administrator shall be entitled to charge reasonable fees for tax compliance services and related expenses in accordance with its agreement with the Commission. The Tax Administrator shall, at such times as the Tax Administrator deems appropriate, submit a

declaration of fees and expenses to the Commission's counsel of record for submission to the Court for approval and for payment from the Distribution Fund. No fees or expenses may be paid absent the Court's prior approval.

**IT IS FURTHER ORDERED** that at least ten (10) days before any motion to pay fees and expenses is filed with the Court, the Tax Administrator shall provide the Commission counsel of record with a draft of the supporting declaration for review. If the Commission has any corrections or objections to the declaration, the Tax Administrator and the Commission's counsel shall attempt to resolve them on a consensual basis. If a consensual resolution is not reached, the Commission may submit with the motion any objections along with the Tax Administrator's response thereto.

**IT IS SO ORDERED.**

DATED: _April 4_, 2006

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:
Attorneys for Plaintiff
Securities and Exchange Commission

_____
John E. Birkenheier (pro hac vice)
Kent W. McAllister (pro hac vice)
Jason A. Howard (pro hac vice)

Local Counsel: Michael A. Piazza
    (Cal. Bar. No. 235881)

- 3 -

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Cook, State of Illinois, in which county the within-mentioned mailing occurred. My business address is 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing.

On March 16, 2006, I served the following document(s):

- NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO APPOINT A TAX ADMINISTRATOR

- MOTION TO APPOINT A TAX ADMINISTRATOR

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO APPOINT A TAX ADMINISTRATOR

- [PROPOSED] ORDER APPOINTING A TAX ADMINISTRATOR

by placing a true and correct copy in an envelope for mailing via the United States Postal Service for each addressee named hereafter, addressed to each such addressee respectively as follows:

| | |
|---|---|
| **George A. Todt**<br>23741 Harbor Vista Drive<br>Malibu, CA 90265 | **Sutra Management Corporation**<br>17383 Sunset Boulevard, Suite B-280<br>Pacific Palisades, CA 90272 |
| **Sutra Group, LLC**<br>23741 Harbor Vista Drive<br>Malibu, CA 90265 | **PageOne Business Productions, LLC**<br>23741 Harbor Vista Drive<br>Malibu, CA 90265 |
| **Jeffrey H. Evans**<br>c/o Brent R. Baker, Esq.<br>Woodbury & Kesler<br>265 E 100 S., Suite 300<br>Salt Lake City, UT 84111 | **Jetco, LLC**<br>c/o Brent R. Baker, Esq.<br>Woodbury & Kesler, PC<br>265 E 100 S., Suite 300<br>Salt Lake City, UT 84111 |
| **Ray J. Slaback**<br>c/o Brent R. Baker, Esq.<br>Woodbury & Kesler<br>265 E 100 S., Suite 300<br>Salt Lake City, UT 84111 | **Tempo Financial, Inc.**<br>c/o Delaware Corporations, LLC<br>800 Delaware Avenue<br>Wilmington, DE 19801 |
| **STB Chip Company**<br>c/o Delaware Corporations, LLC<br>800 Delaware Avenue<br>Wilmington, DE 19801 | **Lonisson Communications Corp.**<br>17383 Sunset Boulevard, Suite B-280<br>Pacific Palisades, CA 90272 |

| | |
|---|---|
| **SutraTel Kiosk Corporation**<br>17383 Sunset Boulevard, Suite B-280<br>Pacific Palisades, CA 90272 | **PTFS, LLC**<br>c/o Andrew T. Solomon, Esq.<br>Sullivan & Worcester, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |

I then sealed the envelope and deposited the envelope for collection and mailing via the United States Postal Service today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth. In addition, I placed a true and correct copy of the above documents in a Federal Express envelope, affixed a Federal Express label for the addressee named above (addressed to the addressee as described above) and deposited it for collection and mailing via the Federal Express Corporation today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2006, in Chicago, Illinois.

_Norma J. Russell_
Norma J. Russell