LODGED

1  Brent R. Baker
2  WOODBURY & KESLER, P.C.
   265 East 100 South, Suite 500    2006 JUL -3 PM 2:01
3  P.O. Box 3358                    CLERK U.S. DISTRICT COURT
   Salt Lake City, Utah 84110-3358  CENTRAL DIST. OF CALIF.
4                                   LOS ANGELES
   Telephone: (801) 364-1100
5  Email: bbaker@woodburykesler.com

6  LOCAL COUNSEL:
7  Karl N. Haws
   MUNDELL, OBLUM & HAWS, LLP
8  650 East Hospitality Lane, Suite 470
   San Bernadino, California 92408-3595
9  Telephone: (909) 890-9500
10 Email: khaws@mohlaw.com

11 Attorney for Defendants Slaback and Evans

12 | UNITED STATES DISTRICT COURT
13 | CENTRAL DISTRICT OF CALIFORNIA

14 | SECURITIES AND EXCHANGE COMMISSION,
15 |
   |                                    Case No. CV 05-3697 Pa (EJWx)
16 |      Plaintiff,
   | vs.
17 |                                    ORDER GRANTING
18 | GEORGE A. TODT, SUTRA               APPLICATION TO
   | MANAGEMENT CORP., SUTRA GROUP,     WITHDRAW AS COUNSEL
19 | LLC, PAGEONE BUSINESS
20 | PRODUCTIONS, LLC, JEFFREY H.        Judge Percy Anderson
   | EVANS, JETCO, LLC, RAY J. SLABACK, (July 31, 2006 at 1:30 p.m.)
21 | TEMPO FINANCIAL INC., STB CHIP
22 | CORP., SUTRATEL KIOSK CORP. (FKA /
   | URBAN TRANSFER SYSTEMS, INC.,
23 | LONISSON COMMUNICATIONS CORP.,
   | AND PTFS, LLC,
24 |
25 |      Defendants.

26        Order approving his withdrawal as Counsel for Ray J. Slaback and Jeffrey

27

28                                    1



H. Evans pursuant to Local Rule 83-2.9.2.1. Mr. Slaback and Mr. Evans have been notified in writing of the status of the case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and the possibility of sanctions. There being no motion on file on which the court has not issued an order, no certificate of readiness for trial has been filed, and no trial has been scheduled, it is

HEREBY ORDERED, that the application to withdraw as Counsel is granted.

DATED this _____ day of June, 2006.

**BY THE COURT:**

_____
Judge Percy Anderson



\* Must be made on a noticed motion w/ proof of service showing service on the client See Local Rule 83-2.9.2.1



## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2006, I faxed and mailed by U.S. first Class mail, a true and correct copy of the foregoing ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL, postage prepaid, to the following:

John E. Birkenheier
Kent W. McAllister
Jason A. Howard
Securities and Exchange Commission
175 West Jackson, 9th Floor
Chicago, Illinois 60604
Facsimile: (312) 353-7398

Michael A. Piazza
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Facsimile: (323) 965-3908

[signature]

3