JOHN E. BIRKENHEIER (*pro hac vice*)
Email: birkenheierj@sec.gov
KENT W. McALLISTER (*pro hac vice*)
Email: mcallisterk@sec.gov
JASON A. HOWARD (*pro hac vice*)
Email: howardja@sec.gov
Securities and Exchange Commission
175 W. Jackson, 9th Floor
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL:
MOLLY WHITE, Cal. Bar No. 171448
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908
Email: whitem@sec.gov

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORPORATION, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC, <br><br> Defendants. | Case No. CV05-3697 PA (PJWx) <br><br> [~~PROPOSED~~] <br><br> **ORDER TO DISBURSE FUNDS** <br><br> **TO PAY TAX OBLIGATIONS** <br><br> Hearing Date: July 10, 2006 <br> Time: 1:30 p.m. PDT <br> Location: Courtroom 15 |

cc: Fiscal




The Court, having reviewed the Securities and Exchange Commission's Motion for an Order to Disburse Funds to Pay Tax Obligations, and all supporting documentation filed therewith, and for good cause shown:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a check on the Court Registry, as applicable, under the case name designation <u>SEC v. George A. Todt, et al</u>, CV 05-3697 PA (PJWx) for the amount of $125.00 payable to Damasco & Associates, for the payment of tax obligations, as provided in the Declaration. The check shall contain the notation "<u>George A. Todt, et al</u>, CV 05-3697 PA (PJWx); Tax ID No. 20-4481749; Quarterly Tax Estimate."

**IT IS HEREBY FURTHER ORDERED** that the Clerk shall send the check by overnight mail to:  Damasco & Associates
505 Sansome Street, Suite 1701
San Francisco, CA 94111
Phone: 415-217-4900

The Commission's counsel shall provide the Clerk of the Court with the necessary overnight shipping information and the SEC's billing number.

**IT IS SO ORDERED.**

DATED: July 17, 2006

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:
Attorneys for Plaintiff
Securities and Exchange Commission

_____
John E. Birkenheier (pro hac vice)
Kent W. McAllister (pro hac vice)
Jason A. Howard (pro hac vice)

Local Counsel: Molly White
(Cal. Bar. No. 171448)

-2-

PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Cook, State of Illinois, in which county the within-mentioned mailing occurred. My business address is 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing.

On June 15, 2006, I served the following document(s):

- NOTICE OF PLAINTIFF'S MOTION FOR AN ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

- MOTION FOR AN ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

- MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

- DECLARATION OF JUDE P. DAMASCO

- [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

by placing a true and correct copy in an envelope for mailing via the United States Postal Service for each addressee named hereafter, addressed to each such addressee respectively as follows:

**George A. Todt**
c/o Marc A. Lieberman, Esq.
Fredman Lieberman, LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523

**Sutra Management Corporation**
c/o Marc A. Lieberman, Esq.
Fredman Lieberman, LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523

**Sutra Group, LLC**
23741 Harbor Vista Drive
Malibu, CA 90265

**PageOne Business Productions, LLC**
23741 Harbor Vista Drive
Malibu, CA 90265

**Jeffrey H. Evans**
c/o Brent R. Baker, Esq.
Woodbury & Kesler
265 E 100 S., Suite 300
Salt Lake City, UT 84111

**Jetco, LLC**
c/o Brent R. Baker, Esq.
Woodbury & Kesler, PC
265 E 100 S., Suite 300
Salt Lake City, UT 84111

**Ray J. Slaback**
c/o Brent R. Baker, Esq.
Woodbury & Kesler
265 E 100 S., Suite 300
Salt Lake City, UT 84111

**Tempo Financial, Inc.**
c/o Delaware Corporations, LLC
800 Delaware Avenue
Wilmington, DE 19801

**STB Chip Company**
c/o Delaware Corporations, LLC
800 Delaware Avenue
Wilmington, DE 19801.

**SutraTel Kiosk Corporation**
17383 Sunset Boulevard, Suite B-280
Pacific Palisades, CA  90272

**Lonisson Communications Corp.**
17383 Sunset Boulevard, Suite B-280
Pacific Palisades, CA  90272

**PTFS, LLC**
c/o Andrew T. Solomon, Esq.
Sullivan & Worcester, LLP
1290 Avenue of the Americas
New York, NY 10104

I then sealed the envelope and deposited the envelope for collection and mailing via the United States Postal Service today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth.  In addition, I placed a true and correct copy of the above documents in a Federal Express envelope, affixed a Federal Express label for the addressee named above (addressed to the addressee as described above) and deposited it for collection and mailing via the Federal Express Corporation today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2006, in Chicago, Illinois.

*/s/ Norma J. Russell*
Norma J. Russell

# NOTICE PARTY SERVICE LIST

Case No. CV 05-3697 PA (PJWX)   Case Title S.E.C. v. Todt, et al.

Title of Document _____

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| X | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk ____

G-75 (02/05)   NOTICE PARTY SERVICE LIST