1  JOHN E. BIRKENHEIER (*pro hac vice*)
   Email: birkenheierj@sec.gov
2  KENT W. McALLISTER (*pro hac vice*)
   Email: mcallisterk@sec.gov
3  JASON A. HOWARD (*pro hac vice*)
   Email: howardja@sec.gov
4  Securities and Exchange Commission
   175 W. Jackson, 9th Floor
5  Chicago, Illinois 60604
   Telephone:  (312) 353-7390
6  Facsimile:  (312) 353-7398

7  LOCAL COUNSEL:
   MOLLY WHITE, Cal. Bar No. 171448
8  Securities and Exchange Commission
   5670 Wilshire Boulevard, 11th Floor
9  Los Angeles, California 90036-3648
   Telephone:  (323) 965-3998
10 Facsimile:  (323) 965-3908
   Email: whitem@sec.gov
11
12 COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV05-3697 PA (PJWx) |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | ORDER CONTINUING THE |
| GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORP., SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORP., and PTFS, LLC, | ASSET FREEZE AGAINST DEFENDANTS GEORGE A. TODT AND SUTRA MANAGEMENT CORPORATION |
| Defendants. | Hearing date:  July 10, 2006<br>Time:  1:30 p.m. PDT<br>Location:  Courtroom 15 |





This cause coming to be heard on plaintiff Securities and Exchange Commission's (Plaintiff or the Commission) Motion for an Order Continuing the Asset Freeze against Defendants George A. Todt and Sutra Management Corporation; the Court having considered Plaintiff's Complaint, Plaintiff's Motion and Plaintiff's Memorandum in Support of its Motion; the Court, being fully advised in the premises, finds:

1. That a final Judgment by default (Final Judgment) was entered against Defendants George A. Todt (Todt) and Sutra Management Corporation (Sutra Management) on November 16, 2005;
2. That, as of June 13, 2006, Todt has not paid the disgorgement amounts or civil penalty ordered in the Final Judgment;
3. That, as of June 13, 2006, Sutra Management has not paid the disgorgement amounts ordered in the Final Judgment;
4. That Todt may have securities or a beneficial interest in securities that could be used to potentially obtain partial satisfaction of the Final Judgment entered against Todt;
5. That the Commission needs additional time to verify: (a) whether Todt does have securities in his name; (b) whether Todt has a beneficial interest in securities held in the name of other individuals and entities; and (c) whether Todt obtained or caused these securities to be transferred to others through fraudulent means; and
6. That the Commission needs additional time to verify whether shares of these securities were transferred to Sutra Management.

I.

**THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED** that all funds of defendants Todt and Sutra Management Corporation are to remain frozen for 120 days from July 10, 2006.

//

II.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Order and in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

**IT IS SO ORDERED.**

Dated: July 17, 2006

Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:
Attorneys for Plaintiff
Securities and Exchange Commission

John E. Birkenheier (*pro hac vice*)
Kent W. McAllister (*pro hac vice*)
Jason A. Howard (*pro hac vice*)

Local Counsel: Molly White
(Cal. Bar. No. 171448)

PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the action. I am employed in the County of Cook, State of Illinois, in which county the within-mentioned mailing occurred. My business address is 175 W. Jackson Boulevard, Suite 900, Chicago, Illinois 60604. I am familiar with the practice of the U.S. Securities and Exchange Commission of collecting and processing legal documents and correspondence for mailing.

On June 15, 2006, I served the following document(s):

- NOTICE OF MOTION FOR AN ORDER CONTINUING THE ASSET FREEZE AGAINST DEFENDANTS GEORGE A. TODT AND SUTRA MANAGEMENT CORPORATION

- MOTION FOR AN ORDER CONTINUING THE ASSET FREEZE AGAINST DEFENDANTS GEORGE A. TODT AND SUTRA MANAGEMENT CORPORATION

- MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER CONTINUING THE ASSET FREEZE AGAINST DEFENDANTS GEORGE A. TODT AND SUTRA MANAGEMENT CORPORATION

- [PROPOSED] ORDER CONTINUING THE ASSET FREEZE AGAINST DEFENDANTS GEORGE A. TODT AND SUTRA MANAGEMENT CORPORATION

by placing a true and correct copy in an envelope for mailing via the United States Postal Service for each addressee named hereafter, addressed to each such addressee respectively as follows:

**George A. Todt**
c/o Marc A. Lieberman, Esq.
Fredman Lieberman, LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523

I then sealed the envelope and deposited one envelope for collection and mailing via the United States Postal Service today in accordance with the ordinary business practices of the Commission at the Commission's address previously set forth. In addition, I placed a true and correct copy in a Federal Express envelope, affixed a Federal Express label for the addressee named above (addressed to the addressee as described

-1-

1  above) and deposited it for collection and mailing via the Federal Express Corporation today in accordance with the ordinary business practices of the Commission at the
2  Commission's address previously set forth.
3      I declare under penalty of perjury that the foregoing is true and correct.
4  Executed on June 15, 2006, in Chicago, Illinois.

*/s/ Norma J. Russell*
Norma J. Russell

SCANNED

-2-