JOHN E. BIRKENHEIER (*pro hac vice*)
Email: birkenheierj@sec.gov
KENT W. McALLISTER (*pro hac vice*)
Email: mcallisterk@sec.gov
JASON A. HOWARD (*pro hac vice*)
Email: howardja@sec.gov
Securities and Exchange Commission
175 W. Jackson, 9th Floor
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

LOCAL COUNSEL:
MOLLY WHITE, Cal. Bar No. 171448
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908
Email: whitem@sec.gov

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORPORATION, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC, <br><br> Defendants. | Case No. CV05-3697 PA (PJWx) <br><br> [PROPOSED] <br><br> ORDER TO DISBURSE FUNDS TO PAY THIRD QUARTER TAX OBLIGATIONS <br><br> Hearing Date: September 11, 2006 <br> Time: 1:30 p.m. PDT <br> Location: Courtroom 15 |

cc: Fiscal




1  The Court, having reviewed the Securities and Exchange Commission's
2  Motion for an Order to Disburse Funds to Pay Third Quarter Tax Obligations, and
3  all supporting documentation filed therewith, and for good cause shown:
4  **IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a check
5  on the Court Registry, as applicable, under the case name designation <u>SEC v.</u>
6  <u>George A. Todt, et al</u>, CV 05-3697 PA (PJWx) for the amount of $750.00 payable
7  to Damasco & Associates, for the payment of tax obligations, as provided in the
8  Declaration. The check shall contain the notation "<u>George A. Todt, et al</u>, CV 05-
9  3697 PA (PJWx); Tax ID No. 20-4481749; Quarterly Tax Estimate."
10 **IT IS HEREBY FURTHER ORDERED** that the Clerk shall send the
11 check by overnight mail to:

> Damasco & Associates
> 505 Sansome Street, Suite 1701
> San Francisco, CA 94111
> Phone: 415-217-4900

The Commission's counsel shall provide the Clerk of the Court with the necessary overnight shipping information and the SEC's billing number.

**IT IS SO ORDERED.**

DATED: September 28, 2006

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:
Attorneys for Plaintiff
Securities and Exchange Commission

_____
John E. Birkenheier (pro hac vice)
Kent W. McAllister (pro hac vice)
Jason A. Howard (pro hac vice)

Local Counsel: Molly White (Cal. Bar. No. 171448)

- 2 -

# NOTICE PARTY SERVICE LIST

Case No. **CV 05-3697**   Case Title **SEC v. George Tott, et al.**

Title of Document _____

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer | | Stratton, Maria - Federal Public Defender |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division -L.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| X | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | Interpreter Section | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk 

G-75 (02/05)   NOTICE PARTY SERVICE LIST