1  JOHN E. BIRKENHEIER (*pro hac vice*)
   Email: birkenheierj@sec.gov
2  KENT W. McALLISTER (*pro hac vice*)
   Email: mcallisterk@sec.gov
3  JASON A. HOWARD (*pro hac vice*)
   Email: howardja@sec.gov
4  Securities and Exchange Commission
   175 W. Jackson, 9th Floor
5  Chicago, Illinois 60604
   Telephone:  (312) 353-7390
6  Facsimile:   (312) 353-7398

7  LOCAL COUNSEL:
   MOLLY WHITE, Cal. Bar No. 171448
8  Securities and Exchange Commission
   5670 Wilshire Boulevard, 11th Floor
9  Los Angeles, California 90036-3648
   Telephone:  (323) 965-3998
10 Facsimile:   (323) 965-3908
   Email: whitem@sec.gov

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE A. TODT, SUTRA MANAGEMENT CORPORATION, SUTRA GROUP, LLC, PAGEONE BUSINESS PRODUCTIONS, LLC, JEFFREY H. EVANS, JETCO, LLC, RAY J. SLABACK, TEMPO FINANCIAL, INC., STB CHIP CORPORATION, SUTRATEL KIOSK CORPORATION (f/k/a URBAN TRANSFER SYSTEMS, INC.), LONISSON COMMUNICATIONS CORPORATION, and PTFS, LLC,<br><br>Defendants. | Case No. CV05-3697 PA (PJWx)<br><br>[~~PROPOSED~~]<br><br>ORDER TO DISBURSE FUNDS TO PAY FOURTH QUARTER TAX OBLIGATIONS<br><br>Hearing Date: December 11, 2006<br>Time: 1:30 p.m. PST<br>Location: Courtroom 15 |

cc: FISCal

1     The Court, having reviewed the Securities and Exchange Commission's Motion for an Order to Disburse Funds to Pay Fourth Quarter Tax Obligations, and all supporting documentation filed therewith, and for good cause shown:

    **IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a check on the Court Registry, as applicable, under the case name designation <u>SEC v. George A. Todt, et al</u>, CV 05-3697 PA (PJWx) for the amount of $435.00 payable to Damasco & Associates, for the payment of tax obligations, as provided in the Declaration. The check shall contain the notation "<u>George A. Todt, et al</u>, CV 05-3697 PA (PJWx); Tax ID No. 20-4481749; Quarterly Tax Estimate."

    **IT IS HEREBY FURTHER ORDERED** that the Clerk shall send the check by overnight mail to:

> Damasco & Associates
> 505 Sansome Street, Suite 1701
> San Francisco, CA 94111
> Phone: 415-217-4900

    The Commission's counsel shall provide the Clerk of the Court with the necessary overnight shipping information and the SEC's billing number.

    **IT IS SO ORDERED.**

DATED: _December 12_, 2006

                              /s/ Percy Anderson
                              UNITED STATES DISTRICT JUDGE

Presented by:
Attorneys for Plaintiff
Securities and Exchange Commission

John E. Birkenheier (*pro hac vice*)
Kent W. McAllister (*pro hac vice*)
Jason A. Howard (*pro hac vice*)

Local Counsel: Molly White (Cal. Bar. No. 171448)

# NOTICE PARTY SERVICE LIST

Case No. CV 05-3697 PA   Case Title SEC. v. Todt, et al.

Title of Document: Order to disburse funds to pay 4th Quarter Tax Obligations

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| X | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address *(include suite or floor)*:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk

G-75 (02/05)   NOTICE PARTY SERVICE LIST